# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Patti Harris, | : |
| Plaintiff, | : Civil Action No.: |
| v. | : 1:12-cv-00314 ODE-ECS |
| Medical Data Systems, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Patti Harris and Defendant Medical Data Systems, Inc., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Harris dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 30th day of May, 2012.

| **LEMBERG & ASSOCIATES L.L.C.** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/ Cara Hergenroether, Esq. | /s/ Jonathan K. Aust |
| Cara Hergenroether, Esq. | Jonathan K. Aust |
| Attorney Bar No.: 570753 | Georgia Bar No. 448584 |
| *Attorney for Plaintiff Travis Canady* | John H. Bedard, Jr. |
|  | Georgia Bar No.043473 |
| 1400 Veterans Memorial Highway |  |
| Suite 134, #150 | 2810 Peachtree Industrial Blvd. |
| Mableton, GA 30126 | Suite D |
| Telephone: (855) 301-2100 ext. 5516 | Duluth, Georgia 30097 |
| Facsimile: (888) 953-6237 | Telephone: (678) 253-1871, ext. 203 |
| Email: | Facsimile: (678) 253-1873 |
| chergenroether@lemberglaw.com | jaust@bedardlawgroup.com |
|  | jbedard@bedardlawgroup.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2012, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Jonathan K. Aust
>John H. Bedard, Jr.
>2810 Peachtree Industrial Blvd.
>Suite D
>Duluth, Georgia 30097
>jaust@bedardlawgroup.com
>jbedard@bedardlawgroup.com
>*Attorney for Defendant Palisades Collection, LLC*

>>s/Cara Hergenroether
>>Georgia Bar No. 570753
>>Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424

3